Anthony MARTINEZ, Claimant–
Appellee,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 2007–7285.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2008.

ON MOTION

*ORDER*

Upon consideration of the Secretary of
Veterans Affairs' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Any pending motions are deemed
moot.

(3) Each side shall bear its own costs.